**Order entered June 18, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-14-01463-CV

---

### YAN BENJAMIN WILHELM ASSOUN, Appellant

### V.

### ANAIS AMBER GUSTAFSON (A/K/A ANAIS AMBER ASSOUN) AND JOHN CHARLES GUSTAFSON, JR., Appellees

---

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-02323-2014**

---

## ORDER

We **GRANT** appellant's June 17, 2015 unopposed motion for extension of time to file reply brief and **ORDER** the brief be filed no later than July 20, 2015.

/s/     CRAIG STODDART
JUSTICE